UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMAKRISHNA REDDY KARRA,

    Defendant.
_____/

No. 4-11-70468-MAG

**CLERK'S NOTICE RE: CONTINUANCE OF THE HEARING DATE**

**You are hereby notified that** pursuant to Magistrate Judge Donna M. Ryu's unavailability on Friday, July 29, 2011, the Preliminary Hearing/Arraignment or Further Status that was previously set on Friday, July 29, 2011 at 9:30 a.m. has been **rescheduled to August 2, 2011 at 9:30 a.m.** before Magistrate Judge Laurel Beeler in Courtroom 4, Third Floor, U.S. District Court, 1301 Clay Street, Oakland, California.

Richard W. Weiking
Clerk, U.S. District Court

by: Ivy L. Garcia
Courtroom Deputy of
Magistrate Judge Donna M. Ryu

Dated: July 28, 2011

cc: Copies to Parties and Parties were notified by telephone

caption.frm

1