1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: hartley.west@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,          )   No. ~~CR~~ A-11-70468 MAG
                                      )
14         Plaintiff,                 )   STIPULATION CONTINUING
                                      )   APPEARANCE FROM SEPTEMBER 13,
15    v.                              )   2011, TO OCTOBER 11, 2011, AND
                                      )   EXCLUDING TIME; ~~[PROPOSED]~~
16 RAMAKRISHNA KARRA,                 )   ORDER
                                      )
17         Defendant.                 )
                                      )
18 _____)

19     The defendant, RAMAKRISHNA KARRA, represented by his attorney, Ginny Walia,

20 and the government, represented by HARTLEY M. K. WEST, Assistant United States Attorney,

21 stipulate to continue the appearance now calendared for September 13, 2011, to October 11,

22 2011, for arraignment on an Information and waiver of indictment and Bail Review Hrg. The parties further agree that

23 it is appropriate to exclude time under the Speedy Trial Act for continuity of counsel and

24 effective preparation of counsel.

25     Based upon the representation of counsel and for good cause shown, the Court finds that

26 failing to exclude the time between September 13, 2011, and October 11, 2011, would

27 unreasonably deny defendant continuity of counsel and would unreasonably deny both counsel

28
   STIPULATION CONTINUING APPEARANCE
   & EXCLUDING TIME; ~~[PROPOSED]~~ ORDER
   ~~CR~~ 11-70468 MAG

   cc: Lashanda

FILED
SEP 1 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Document No. 21
District Court
Criminal Case Processing

the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 13, 2011, and October 11, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 13, 2011, and October 11, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and under Federal Rule of Criminal Procedure 5.1.

DATED: 9/12/11

DONNA M. RYU
United States Magistrate Judge

APPROVED AS TO FORM:

GINNY WALIA
Counsel for Defendant,
Ramakrishna Karra

HARTLEY M. K. WEST
Assistant U.S. Attorney

STIPULATION CONTINUING APPEARANCE
& EXCLUDING TIME; [PROPOSED] ORDER
CR 11-70468 MAG                         -2-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A., <br><br> Plaintiff, <br><br> v. <br><br> RAMAKRISHNA KARRA, <br><br> Defendant. _____/ | **UNDER SEAL** <br> Case Number: 4-11-70468-MAG <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2011, I SERVED a true and correct copy of the Stipulation Continuing Appearance from September 13, 2011 to October 11, 2011 and Excluding Time, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Hartley M.K. West
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Harjot Kaur Walia
The Walia Law Firm
24301 Southland Dr Ste 310
Hayward, CA 94545-1549

Dated: September 12, 2011

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk