AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

*OCT 1 1 2011*

RICH...
CLERK...
NORTHERN...
...NG
...URT
...IFORNIA

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. *CR 11-0742 SBA* |
| *Ramakrishna R. Karra* | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: *10/11/11*

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

GINNY WALIA

*Printed name of defendant's attorney*

_____
*Judge's signature*

**Laurel Beeler**
**United States Magistrate Judge**

*Judge's printed name and title*