**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Donna M. Ryu<br>U.S. Magistrate Judge | **RE:** | Ramakrishna Reddy Karra |
| **FROM:** | Richard Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR11-00742 SBA |

**DATE:** October 12, 2011

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| **Anthony Granados, Specialist**<br>U.S. Pretrial Services Officer | **(408) 535-5223**<br>TELEPHONE NUMBER |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. **The condition that the defendant submit to a curfew is deleted**

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
**JUDICIAL OFFICER**
**DONNA M. RYU, U.S. Magistrate Judge**

October 12, 2011
DATE

**Cover Sheet** (06/02/08)