### ~~PROPOSED~~ ORDER/COVER SHEET

TO:  Honorable Donna M. Ryu          RE:  Ramakrishna Reddy Karra
     U.S. Magistrate Judge

FROM: Roy Saenz, Chief               DOCKET NO.:  CR11-00742 SBA
      U.S. Pretrial Services Officer

DATE: December 22, 2011

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados, Specialist                   (408) 535-5223
U.S. Pretrial Services Officer                 TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding  District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____                      12/22/11
JUDICIAL OFFICER  DONNA M. RYU                 DATE
                  U.S. Magistrate Judge

Cover Sheet (06/02/08)     cc:  Copy to parties via ECF, Pretrial Services