GINNY H.K. WALIA (CABN 225570)
ATTORNEY AT LAW
24301 Southland Drive, Suite 208
Hayward, CA 94545
Telephone: (510) 887-5910

Counsel for Defendant DASA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **MODIFYING CONDITIONS OF** |
| vs. | ) | **PRETRIAL RELEASE** |
| | ) | |
| RAMAKRISHNA REDDY KARRA, | ) | |
| | ) | **The Honorable Donna M. Ryu** |
| Defendant. | ) | |

Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court modify the conditions of Mr. Karra's release to allow him travel to the Bloomington, Illinois, and to reside there and be supervised in the Central District of Illinois. Mr. Karra makes this request because he obtained a verified job with IBM. Mr. Karra plans to reside in Bloomington, Illinois. The United States has no objection to Mr. Karra's request to be employed and supervised in the Central District of Illinois prior to trial.

Pretrial Services Officer Anthony Granados also has no objection to this request to modify Mr. Karra's pretrial release conditions to allow him to travel to and live in Bloomington, Illinois. If this stipulation is acceptable to the Court, Officer Farahmand plans to arrange to have Mr. Karra supervised out of the Central District of Illinois. The parties agree that all other

1    Travel Stipulation, 11-00742 SBA (LB)

conditions of Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within the Central District of Illinois with the exception of traveling to and from court appearances in the Northern District of California.

October 15, 2012

/S/
GINNY H.K. WALIA
Attorney

October 15, 2012

/S/
WADE RHYNE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| Plaintiff, | ) ) | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | ) ) | |
| RAMAKRISHNA REDDY KARRA, | ) ) | **The Honorable Donna M. RYU** |
| Defendant. | ) ) | |

For the reasons set forth in the stipulation of the parties above, it is ordered that the conditions of release previously set by the Court are modified to allow Ram Karra to travel to and reside in Bloomington, Illinois on or after October 12, 2012. All other conditions of Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within the Central District of Illinois with the exception of traveling to and from the court appearances in the Northern District of California.

October 15, 2012

_____
DONNA M. RYU
United States Magistrate Judge

4   Travel Stipulation, 11-00742 SBA (LB)