GINNY WALIA SBN 225570
GINNY WALIA LAW OFFICES
24301 Southland Drive, Suite 208
Hayward, CA 94545
Telephone (510) 887-5910
Fax: (510) 887-5911

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMAKRISHNA KARRA,<br><br>Defendant | Case No. 11-CR-742-SBA (KW)<br><br>STIPULATION AND PROPOSED ORDER FOR WAIVER OF PERSONAL APPEARANCE<br><br>Date: November 29, 2012<br>Time: 9:30 am<br>Judge: Donna M. Ryu |

Defendant Ramakrishna Karra, through counsel, hereby waives his right to personally appear at the status conference hearings including the Continuing Status Hearing set on November 29, 2012. The U.S. does not object to the defendant waiving the appearance.

DATED: November 21, 2012                          /s/_____
                                                  GINNY WALIA
                                                  GINNY WALIA LAW OFFICES

DATED: November 21, 2012                          /s/_____
                                                  WADE RHYNE
                                                  ASSISTANT US ATTORNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER REGARDING WAIVER OF PERSONAL APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | The Honorable Donna M. RYU |
| RAMAKRISHNA REDDY KARRA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties above, it is ordered that defendant, Ramakrishna Reddy Karra may appear through counsel for the status conferences, including the status conference set for November 29, 2012.

November 21, 2012

DONNA M. RYU

United States Magistrate Judge