GINNY WALIA SBN 225570
GINNY WALIA LAW OFFICES
24301 Southland Drive, Suite 208
Hayward, CA 94545
Telephone (510) 887-5910
Fax: (510) 887-5911

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMAKRISHNA KARRA,<br><br>Defendant | Case No. 11-CR-742-SBA (KW)<br><br>STIPULATION AND ORDER FOR WAIVER OF PERSONAL APPEARANCE<br><br>Date: November 29, 2012<br>Time: 9:30 am<br>Judge: Donna M. Ryu |

Defendant Ramakrishna Karra, through counsel, hereby waives his right to personally appear at the status conference hearings including the Continuing Status Hearing set on November 29, 2012. The U.S. does not object to the defendant waiving the appearance.

DATED: November 21, 2012                    /s/
                                            GINNY WALIA
                                            GINNY WALIA LAW OFFICES

DATED: November 26, 2012                    /s/
                                            WADE RHYNE
                                            ASSISTANT US ATTORNEY

- 1 -
WAIVER OF PERSONAL APPEARANCE
CASE NO. 11-CR-742-SBA (KW)

|   |   |   |
|---|---|---|
| 1 | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER REGARDING WAIVER OF PERSONAL APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| RAMAKRISHNA REDDY KARRA, | ) | The Honorable Donna M. RYU |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    For the reasons set forth in the stipulation of the parties above, it is ordered that defendant, Ramakrishna Reddy Karra may appear through counsel for the status conferences, including the status conference set for November 29, 2012.

GRANTED
Judge Donna M. Ryu

November 26, 2012

DONNA M. RYU
United States Magistrate Judge