GALIA A. PHILLIPS – CA BAR #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 596-1700
Facsimile:  (510) 596-1701

Attorney for Defendant
ANJI DIRISANALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VISHAL DASA,<br>RAMAKRISHNA REDDY KARRA<br>TUSHAR TAMBE<br>ANJI REDDY DIRISANALA,<br><br>Defendants. | Case No. 11-CR-742-SBA (DR)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE TO NOVEMBER 29, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Hearing Date:  November 29, 2012<br>Time:            9:30 am |

## I.     STIPULATION

The above-captioned matter is set on November 29, 2012 before this Court for a status hearing. The parties jointly request that the Court continue the matter to January 4, 2013, at 9:30 a.m., before the magistrate, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between November 29, 2012 and January 4, 2013, so that the defense can have additional time to review and assess the voluminous discovery in this case.

On October 7, 2011, the United States Attorney filed a one-count Information charging defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a).

On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment and were arraigned. Defendants face a maximum sentence of five years imprisonment on this charge.

By way of background, this case is related to a larger investigation involving Tri-Valley University ("TVU"), which the government has alleged was a sham university that accepted foreign students and issued legal status for these students without requiring that they attend classes.  *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA.

The four defendants charged in this related case request additional time to review the discovery that the government has already produced, which includes voluminous files from TVU computers that the government seized and that the defendants need to review.  Additionally, the defense requested that the government produce additional discovery relating to the broader investigation in this case, which the government recently produced.  Finally, counsel for Tushar Tambe, Ramakrishna Karra and Vishal Dasa are unavailable on November 29, 2012.  For these reasons, the parties agree that the case should be continued until January 4, 2013.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.  The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny continuity of counsel.  Accordingly, the parties agree that the period of time from November 29, 2012 to January 4, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel and continuity of counsel, taking into account the exercise of due diligence.

It is so stipulated.

Dated:  November 26, 2012                         By: /s/
                                                  ANGELA HANSEN
                                                  Attorney for Defendant
                                                  VISHAL DASA

Dated:  November 26, 2012                         By: /s/
                                                  GINNY WALIA

| | |
|---|---|
| | Attorney for Defendant<br>RAMAKRISHNA REDDY KARRA |
| Dated: November 26, 2012 | By: /s/<br>KENNETH MCGUIRE<br>Attorney for Defendant<br>TUSHAR TAMBE |
| Dated: November 26, 2012 | By: /s/<br>GALIA A. PHILLIPS<br>Attorney for Defendant<br>ANJI DIRISANALA |
| Dated: November 26, 2012 | By: /s/<br>WADE RHYNE<br>HARTLEY WEST<br>Assistant United States Attorneys |

## II.     ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. Given that counsel for Tushar Tambe, Ramakrishna Karra and Vishal Dasa are unavailable on November 29, 2012 and a continuance is necessary for continuity of counsel;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of November 29, 2012, scheduled at 9:30 a.m., before Judge Ryu, is vacated and reset for January 4, 2013, at 9:30 a.m. before Judge ~~Ryu~~ Westmore. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from November 29, 2012 until January 4, 2013.

IT IS SO ORDERED.

Dated: 11/27/12

_____
JUDGE RYU
UNITED STATES MAGISTRATE JUDGE