AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

---- OFFENSE CHARGED ----

VIOLATION: 18 U.S.C. Section 371 - Conspiracy to Commit Unauthorized Access of a Government Computer; 18 U.S.C. Section 982(a)(2)(B) - Forfeiture

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 Year Imprisonment;
$1,000 Fine;
1 Year Supervised Release;
$25 Special Assessment;
Restitution, Forfeiture and Potential Deportation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED 2013 MAR 21 P 2:16 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N. DIST. OF CALIFORNIA

---- DEFENDANT - U.S ----

▶ VISHAL DASA, et al.

DISTRICT COURT NUMBER
CR-11-00742 SBA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Hartley M.K. West

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District Court of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: The parties are scheduled for Arraignment before Magistrate Judge, Kandis A. Westmore on 03/25/13 at 9:30 a.m.

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11

12 | UNITED STATES OF AMERICA,         ) No. CR-11-00742 SBA
13 |         Plaintiff,                )
                                       ) VIOLATION: 18 U.S.C. § 371 – Conspiracy to
14 |    v.                             ) Commit Unauthorized Access of a Government
                                       ) Computer; 18 U.S.C. § 982(a)(2)(B) –
15 | VISHAL DASA,                      ) Forfeiture
   ANJI REDDY DIRISINALA,              )
16 | RAMAKRISHNA REDDY KARRA, and      ) (Class A Misdemeanor)
   TUSHAR TAMBE,                       )
17 |                                   ) (OAKLAND VENUE)
           Defendants.                 )
18 |_____)

19                    S U P E R S E D I N G   I N F O R M A T I O N

20 The United States Attorney charges:

21

22 COUNT ONE: (18 U.S.C. § 371 – Conspiracy to Commit Unauthorized Access of a
                  Government Computer)
23

24     1.     Beginning in or about December 2009 and continuing through in or about January

25 2011, in the Northern District of California and elsewhere, the defendants,

26
                              VISHAL DASA,
27                         ANJI REDDY DIRISINALA,
                        RAMAKRISHNA REDDY KARRA, and
28                              TUSHAR TAMBE,

SUPERSEDING INFORMATION

and others did knowingly and willfully conspire to access without authorization, a nonpublic computer of a department and agency of the United States, specifically the United States Department of Homeland Security (DHS), Student and Exchange Visitor Information System (SEVIS), which is used by and for the Government of the United States and such conduct affects that use by and for the Government of the United States, in violation of Title 18, United States Code, Sections 1030(a)(3).

## OVERT ACTS

2. In furtherance of the conspiracy and to effect the objects of that conspiracy, in the Northern District of California and elsewhere, the defendants and others committed the following overt acts:

    a. On or about April 1, 2010, KARRA e-mailed an employee of Tri-Valley University (TVU), at ssu@trivalleyuniversity.org, information for TVU student P.C.

    b. On or about May 15, 2010, KARRA e-mailed TVU student P.C. a false Certificate of Eligibility for Nonimmigrant Student Status, also known as a Form I-20.

    c. On or about May 5, 2010, DIRISANALA accessed SEVIS to create a false Form I-20, for TVU student S.D.

    d. On or about August 11, 2010, TAMBE accessed SEVIS to create a false Form I-20, for TVU student M.R.

    e. On or about September 7, 2010, DASA accessed SEVIS to create a false Form I-20, for student R.B.

All in violation of Title 18, United States Code, Section 371, a misdemeanor.

FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(2)(B) – Forfeiture)

3. Paragraphs 1 and 2 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(B).

///

SUPERSEDING INFORMATION     2

4. Upon conviction of Count 1 of this Superseding Information, a violation of Title 18, United States Code, Section 371, the defendants,

> VISHAL DASA,
> ANJI REDDY DIRISINALA,
> RAMAKRISHNA REDDY KARRA, and
> TUSHAR TAMBE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property, real or personal that constitutes, or is derived from, proceeds obtained directly or indirectly from the commission of the offense of conviction.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to 18 U.S.C. § 982(a)(2)(B).

DATED: March 20, 2013

MELINDA HAAG
United States Attorney

*/s/ J. Douglas Wilson for*
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____)
AUSAs WEST/RHYNE

SUPERSEDING INFORMATION      3