| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 mins. | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Susan Imbriani | | | REPORTER/FTR<br>11:47-11:50 | | |
| MAGISTRATE JUDGE<br>Kandis A. Westmore | | DATE<br>March 22, 2013 | | NEW CASE<br>☐ | | CASE NUMBER<br>CR11-0742-SBA-3 | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Ramakrishna Reddy Karra | | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ginny Walia | | PD. ☐ RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Hartley West | | INTERPRETER | | ☐ | FIN. AFFT<br>SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Tim Elder | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | | ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>3 mins. | | ☐ BOND HEARING | | ☐ IA REV PROB. or<br>or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT<br>HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED<br>IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☒ ARRAIGNED ON<br>INFORMATION<br>Superseding | ☐ ARRAIGNED ON<br>INDICTMENT | | ☒ READING WAIVED<br>SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY<br>$ | | SPECIAL NOTES | | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | | ☐ REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☒ CONSENT<br>ENTERED | ☒ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>4/1/13 | ☐ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | | ☐ STATUS RE:<br>CONSENT | | ☐ STATUS<br>☐ TRIAL SET |
| AT:<br>9:30 am | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING | | ☒ CHANGE OF<br>PLEA | | ☐ OTHER |
| BEFORE HON.<br>K. Westmore | ☐ DETENTION<br>HEARING | | ☐ ARRAIGNMENT | | ☐ MOTIONS | | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | | ☐ PRETRIAL<br>CONFERENCE | | ☐ PROB/SUP REV.<br>HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

cc: KAW

DOCUMENT NUMBER: