GINNY H.K. WALIA (CABN 225570)
ATTORNEY AT LAW
152 North Third St., Suite 710
San Jose, CA 95112
Telephone: (408) 724-9200

Counsel for Defendant Karra

FILED
DEC 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| UNITED STATES OF AMERICA, | ) No. CR-11-00742-~~SBA~~ KAW |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~[PROPOSED]~~ |
| vs. | ) ORDER MODIFYING CONDITIONS OF |
| | ) PRETRIAL RELEASE |
| RAMAKRISHNA REDDY KARRA, | ) |
| | ) ~~The Honorable Donna M. Ryu~~ |
| Defendant. | ) |

Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court modify the conditions of Mr. Karra's release to allow him travel to the Northern District of Illinois from Dec. 20-21, 2013. Mr. Karra makes this request because he needs to complete a biometrics appointment for the U.S. Citizenship and Immigration Service (USCIS.) Mr. Karra is currently allowed to reside and travel within the Central District of Illinois.

The United States has no objection to Mr. Karra's request to travel outside the Central District of Illinois during those dates. Mr. Karra must provide pretrial services with his itinerary and accommodations.

The parties agree that all other conditions of Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within the Central District of Illinois before and

after Dec. 20-21, 2013 with the exception of traveling to court appearances in the Northern District of California.

December 13, 2013

                    /S/
GINNY H.K. WALIA
Attorney

December 13, 2013

                    /S/
HARTLEY M.K. WEST
Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Travel Stipulation, 11-00742 ~~SBA (LB)~~    3

1
2
3
4
5                          IN THE UNITED STATES DISTRICT COURT
6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
7
8   UNITED STATES OF AMERICA,           )   No. CR-11-00742 SBA
                                        )
9                  Plaintiff,           )   [~~PROPOSED~~] ORDER MODIFYING
                                        )   CONDITIONS OF PRETRIAL RELEASE
10  vs.                                 )
                                        )
11  RAMAKRISHNA REDDY KARRA,            )
                                        )
12                 Defendant.           )
                                        )
13  _____

14

15      For the reasons set forth in the stipulation of the parties above, it is ordered that the

16  conditions of release previously set by the Court are modified to allow Ram Karra to travel to the

17  Northern District of Illinois from Dec. 20-21, 2013. All other conditions of Mr. Karra's pretrial

18  release shall remain in effect and that Mr. Karra be required to remain within the Central District of

19  Illinois with the exception of traveling to and from the court appearances in the Northern District

20  of California.

21
    December 17, 2013
22                                          ~~DONNA M. RYU~~ KANDIS A. WESTMORE
                                            United States Magistrate Judge
23

24

25

26      Travel Stipulation, 11-00742 ~~SBA (LB)~~ KAW   4