GINNY H.K. WALIA (CABN 225570)
ATTORNEY AT LAW
152 North 3rd St., Suite 710
San Jose, CA 95112
Telephone: (408) 724-9200

Counsel for Defendant Karra

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING CONDITIONS OF** |
| vs. | ) | **PRETRIAL RELEASE** |
| | ) | |
| RAMAKRISHNA REDDY   KARRA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court modify the conditions of Mr. Karra's release to allow him travel Bloomington, IL between July 4 and July 10, 2014. Mr. Karra needs to make the necessary arrangements to move his family to California. Mr. Karra previously made a request to relocate to San Jose because he accepted a full time position at Cisco in San Jose, CA. This request was granted and Mr. Karra is currently allowed to reside and travel within the Northern District of California.

      The United States has no objection to Mr. Karra's request to travel outside the Northern District of California during those dates. Attorney Ginny Walia spoke to Officer Anthony Granados of pretrial services on June 27, 2014 and he has no objection to Mr. Karra's request to travel outside the Northern District of California during those dates. Mr. Karra must provide pretrial services with his itinerary and accommodations.

1       The parties agree that all other conditions of Mr. Karra's pretrial release shall remain in

2 effect and that Mr. Karra be required to remain within the Northern District of California before

3 and after July 4 through July 10, 2014.

4

June 27, 2014                                                   /S/
5                                                       GINNY H.K. WALIA
Attorney

6

7 June 27, 2014                                                   /S/

8                                                HARTLEY M.K. WEST
Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00742 SBA |
| Plaintiff, ) | **[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. ) | |
| RAMAKRISHNA REDDY KARRA, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties above, it is ordered that the conditions of release previously set by the Court are modified to allow Ram Karra to travel to the Bloomington, Illinois from July 4, 2014 through July 10, 2014. All other conditions of Mr. Karra's pretrial release shall remain in effect and Mr. Karra is required to remain within the Northern District of California.

July  1 , 2014

  *Kandis Westmore*
United States Magistrate Judge